Jeffrey A. Rager, Esq., SBN 185216
THE RAGER LAW FIRM
970 West 190th Street, Suite 340
Torrance, California 90502
Telephone: (310) 527-6994
Facsimile: (310) 527-6800
Email:      jeff@ragerlawoffices.com

Melanie Savarese, Esq., SBN 216950
Savarese Law Firm
37 W. Sierra Madre Blvd.
Sierra Madre, CA 91024
Phone: (626) 355-3264
Facsimile: (626) 355-3491
Email:      melanie@savareselawfirm.com
Attorneys for Plaintiff, DEREK KINNISON

Carlos Jimenez, Esq.
Littler Mendelson, P.C.
633 W. 5th Street, 63rd Floor
Los Angeles, CA 90071
Phone: (213) 443-4300
Facsimile: (213) 443-4299
Email:      CAJimenez@littler.com
Attorneys for Defendant ULINE, INC.;
ISRAEL BALUJA; JASON BECHER;
DARIN STENSTROM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK KINNISON, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ULINE, INC. a Delaware Corporation; ISRAEL BALUJA; JASON BECHER; DARIN STENSTROM; and DOES 1-10 inclusive<br><br>　　　　Defendants. | CASE NO.   5:17-cv-00735-DSF-KK<br><br>**STIPULATION OF DISMISSAL** |

STIPULATION FOR DISMISSAL

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1) of Federal Rules of Civil Procedure, Plaintiff, DEREK KINSTON, and Defendants, ULINE, INC. a Delaware Corporation; ISRAEL BALUJA; JASON BECHER; DARIN STENSTROM, by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of Plaintiff's claims against defendant, each party to bear its own costs and fees.

Dated: June 13, 2017

THE RAGER LAW FIRM

By: _____
Jeffrey A. Rager
James Y. Yoon
Attorneys for Plaintiff, DEREK KINNISON

Dated: ~~June~~ July 10, 2017

LITTLER MENDELSON, P.C.

By: _____
Carlos Jimenez, Esq.
Debra Urteaga, Esq.
Attorneys for Defendant ULINE, INC.,
ISRAEL BALUJA; JASON BECHER;
DARIN STENSTROM